UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KHALDOUN HEJAZI,<br><br>Defendant. | Case No. 1:18-cr-00305-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court are Khaldoun Hejazi's pro se motions: 1) to modify sentencing report and modify conditions of supervised release (Dkt. 64); for return of property (Dkt. 65); for compassionate release (Dkt. 68); and 4) to modify his place of supervised release from Idaho to Colorado (Dkt. 74). On January 20, 2021, counsel appeared on behalf of Mr. Hejazi and filed a motion to withdraw the pro se motion to modify place of supervised release. Dkt. 81. The Government filed a motion to dismiss Hejazi's motion for compassionate release. Dkt. 76.

## BACKGROUND

Mr. Hejazi pled guilty to conspiracy to export a defense article without a license and was sentenced to 30 months incarceration in March 2020. Dkt. 62.

**MEMORANDUM DECISION AND ORDER - 1**

Hejazi was arrested after a firearms dealer in Nevada contacted ATF regarding a suspicious transaction. Dkt. 57. Hejazi and a female attempted to purchase several firearms and have them shipped to four separate firearms dealers in Boise, Idaho. The female provided a Colorado driver's license and Hejazi paid cash for 11 handguns. Hejazi advised the Nevada firearms dealer that a third-party would pick up the firearms from the Idaho firearms dealers. Hejazi later called the Nevada firearms dealer and revised the order.

After the pistols were shipped to Idaho, law enforcement observed Hejazi and a third party enter the Idaho firearms dealer. The third party paid the transfer fee and filled out the paperwork for the pistols. Hejazi collected the firearms and left the store, where police arrested him. Hejazi is prohibited from possessing firearms due to a previous felony conviction in the state of Colorado. Discovery in the case showed that Hejazi had planned to ship the pistols to Amman, Jordan without a license or written approval of the State Department. *Id.*

Hejazi was released from prison on November 4, 2020. *See* https://www.bop.gov/inmateloc/ (last accessed January 8, 2021).

## ANALYSIS

### A.    Motion for Return of Property

In the plea agreement the Government and Hejazi agreed that the

government would return all items in its possession, except the firearms, which would be forfeited. Dkt. 45 at 8. Hejazi seeks the return of all property seized by the Government. Dkt. 65. The Government filed a response indicating that Hejazi's property had been shipped to the Denver Field Office of the ATF and Hejazi's son had picked up the items on July 21, 2020. Hejazi filed a reply indicating that, because he was still incarcerated, he could not verify all property had been returned or that the data on his computer was still intact. Dkt. 67.

At this point it appears that Hejazi's property has been returned. Therefore, the Court will deny the motion as moot. If Mr. Hejazi believes there is still property left to be returned, he can identify that property with specificity and then file a new motion.

### B.     Motion for Compassionate Release

On August 10, 2020, Hejazi filed a motion for compassionate release. Hejazi was released from incarceration on November 4, 2020. Therefore, the Court will grant the Government's motion to dismiss and deny Hejazi's motion as moot.

### C.     Motions to Modify Conditions of Supervised Release

Hejazi has filed two motions related to the terms of his supervised release. In the first motion he seeks to have certain paragraphs removed from the presentence investigation report and to remove certain conditions of supervised release. Dkt.

64. In the second motion he seeks to be released to Colorado instead of Idaho. Dkt.

74. On January 20, 2021, Counsel entered an appearance for Mr. Hejazi. Counsel

filed a motion to withdraw Hejazi's motion to modify his place of release, so that

he may file a new motion with the assistance of counsel. Dkt. 81. The motion to

withdraw only seeks to withdraw the motion to modify his location of release (Dkt.

74).

The Court will grant Mr. Hejazi's motion to withdraw his motion to modify

conditions of release (Dkt. 74). The Court will also deny Hejazi's first motion to

modify conditions of release, (Dkt. 64), without prejudice. This way Counsel for

Mr. Hejazi can address all conditions of release he finds objectionable in one

motion.

## ORDER

**IT IS ORDERED that:**

1.     Defendant's Motion for Return of Property (Dkt. 65) is **DENIED as
MOOT**.

2.     The Government's Motion to Dismiss Defendant's Motion for
Compassionate Release (Dkt. 76) is **GRANTED**.

3.     Defendant's Motion for Compassionate Release (Dkt. 68) is **DENIED
as MOOT**.

**MEMORANDUM DECISION AND ORDER - 4**

4.     Defendant's Motion to Withdraw (Dkt. 81) is **GRANTED** and Defendant's Motion to Modify Supervised Release (Dkt. 74) is **WITHDRAWN**.

5.     Defendant's Motion to Modify Conditions of Supervised Release (Dkt. 64) is **DENIED** without prejudice.

DATED: February 4, 2021

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 5**